USDC SCAN INDEX SHEET

















BJR    4/20/00    8:41

3:00-CV-00776   USA V. FOX

*1*

*STMTJGM.*

GREGORY A. VEGA
United States Attorney
ROBERT H. PLAXICO
Assistant U. S. Attorney
California State Bar No. 054953
Office of U.S. Attorney
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7466

Attorneys for Plaintiff
United States of America

FILED
00 APR 18 PM 2:59
ORIGINAL

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, ) Civil No. 00CV 00776
                         )
          Plaintiff,     )
                         )
     v.                  ) STATEMENT AND CONFESSION
                         ) OF JUDGMENT
JEFF FOX,                )
                         )
          Defendant.     )
_____)

State of California  )
                     ) ss.
County of San Diego  )

I am a resident of the County of San Diego, State of California, and have confessed judgment to the United States of America as follows:

| | |
|---|---|
| Principal | $3,706.91 |
| Interest at the rate of seven percent per annum from 6/24/83 | $2,425.81 |
| TOTAL | $6,132.72 |

This sum is justly due to the United States of America and arises from two loans insured by the Department of Education.

///

RHP:2000Z00407/44

1

1  I empower the U. S. Attorney or any Assistant U. S. Attorney to appear for me and to enter
2  judgment against me right now in the above amount. The debt will bear interest after judgment at the
3  current legal rate compounded annually until paid in full, pursuant to the provisions of 28 U.S.C.
4  1961(b).

5  I have been told that I have the right to consult with an attorney before signing this document,
6  but I knowingly and freely waive that opportunity and choose to sign this document without consulting
7  with an attorney or seeking the prior assistance of any attorney or other advisor.

8  I acknowledge that by signing this document, I may be waiving rights and defenses I might
9  otherwise interpose regarding this debt. I waive the right to have a complaint upon this obligation filed
10 against me in federal district court; the issuance of and service of process upon me of such a complaint;
11 any venue requirements in such suit; the right to obtain discovery from the government as to the
12 evidence of its claim; the right to a jury or court trial at which I could raise any objections or defenses
13 to the governments's claim; the right to require the government to prove its claim by preponderance of
14 the evidence; and the right to appeal any adverse decision by a court or jury to the court of appeals. I
15 understand that my signature allows the government to enter a judgment against me right now; that the
16 government will record an abstract of judgment with the County Recorder; and that the judgment may
17 appear on my credit record.
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27
28

2

1  I also understand that if I fail to pay upon this judgment to be entered against me, my salary may be
2  garnished, or my real or personal property seized.

_____
JEFF FOX

State of California    )
                       )  ss.
County of San Diego    )

On APRIL 14, 2000 before me, KAREN VALDECANTOS, a Notary Public in and for said County and State, personally appeared JEFF FOX ~~personally known~~ (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledge to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal

_____
Notary Public

[Notary seal: KAREN ... Commission ... Notary Public - California, San Diego County, My Comm. Expires May 1, 2002]

3

# CIVIL COVER SHEET

JS-44
(Rev 07/89)

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**FILED 00 APR 18 PM 2:59**
**ORIGINAL**
**DEPUTY**

## I (a) PLAINTIFFS
UNITED STATES OF AMERICA

## DEFENDANTS
JEFF FOX

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF** S.D.
(EXCEPT IN U.S. PLAINTIFF CASES)

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT** _____
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

## (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)
GREGORY A. VEGA, U.S. ATTORNEY
ROBERT H. PLAXICO, Assistant U.S. Attorney
880 Front Street, Room 6293
San Diego, CA 92101-8893

**ATTORNEYS (IF KNOWN)**
'00 CV 00776

## II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)

[X] 1 U.S. Government Plaintiff
[ ] 2 U.S. Government Defendant
[ ] 3 Federal Question (U.S. Government Not a Party)
[ ] 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX
(For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

## IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)
28 U.S.C. 1345; Title IV-B of the Higher Education Act of 1965, as amended, 20 U.S.C. 1071 et seq. (34 CFR. Part 682)

## V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| | PERSONAL INJURY | PERSONAL INJURY | | | |
| ☐ 110 Insurance | ☐ 310 Airplane | ☐ 362 Personal Injury- Medical Malpractice | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 315 Airplane Product Liability | | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | PROPERTY RIGHTS | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | PERSONAL PROPERTY | ☐ 640 R.R. & Truck | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| [X] 152 Recovery of Defaulted Student Loans (Excl. Veterans) | | ☐ 370 Other Fraud | ☐ 650 Airline Regs | SOCIAL SECURITY | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veterans Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 660 Occupational Safety/Health | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities Exchange |
| | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 690 Other | ☐ 862 Black Lung (923) | |
| | | | LABOR | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge 12 USC |
| ☐ 160 Stockholders Suits | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 190 Other Contract | | | ☐ 720 Labor/Mgmt. Relations | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | FEDERAL TAX SUITS | ☐ 893 Environmental Matters |
| REAL PROPERTY | CIVIL RIGHTS | PRISONER PETITIONS | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 790 Other Labor Litigation | ☐ 871 IRS - Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations | ☐ 530 General | | | |
| ☐ 240 Tort to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | | ☐ 950 Constitutionality of State |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights | ☐ 540 Mandamus & Other | | | ☐ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prisoner Conditions | | | |

## VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)
[X] 1 Original Proceeding  [ ] 2 Removal from State Court  [ ] 3 Remanded from Appellate Court  [ ] 4 Reinstated or Reopened  [ ] 5 Transferred from another district (specify)  [ ] 6 Multidistrict Litigation  [ ] 7 Appeal to District Judge from Magistrate Judgment

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23

**DEMAND $** $6,132.72

Check YES only if demanded in complaint:
JURY DEMAND: ☐ YES ☐ NO

## VIII. RELATED CASE(S) IF ANY (See Instructions):
JUDGE _____  Docket Number _____

DATE _____    SIGNATURE OF ATTORNEY OF RECORD
ROBERT H. PLAXICO, Assistant U.S. Attorney

::ODMA\PCDOCS\WORDPERFECT\22816\1 January 24, 2000 (3:10pm)